# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** E. I. duPont de Nemours and Company

v.

National Labor Relations Board

**Case No:** 16-1357

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ● Intervenor(s)    ○ Amicus Curiae

United Steel, Paper and Forestry, Rubber,

Manufacturing, Energy, Allied Industrial and

Service Workers International Union

Names of Parties                                     Names of Parties

### Counsel Information

**Lead Counsel:** Matthew J. Ginsburg

Direct Phone: (202) 637-5397   Fax: (202) 637-5323   Email: mginsburg@aflcio.org

**2nd Counsel:** James B. Coppess

Direct Phone: (202) 637-5337   Fax: (202) 637-5323   Email: jcoppess@aflcio.org

**3rd Counsel:** Katharine J. Shaw

Direct Phone: (412) 562-2554   Fax: (412) 562-2429   Email: kshaw@usw.org

**Firm Name:** United Steelworkers

**Firm Address:** 60 Boulevard of the Allies - Suite 807, Pittsburgh, PA 15222

**Firm Phone:** (   )        Fax: (   )   -       Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Katharine J. Shaw*
Katharine J. Shaw
Assistant General Counsel
United Steelworkers
60 Boulevard of the Allies – Suite 807
Pittsburgh, PA 15222