# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** E.I. DU PONT DE NEMOURS AND COMP

v.    **Case No:** 16-1357

NATIONAL LABOR RELATIONS BOARD

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

⦿ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

E.I. DU PONT DE NEMOURS AND COMPANY

Names of Parties                  Names of Parties

### Counsel Information

**Lead Counsel:** Thomas Gies

**Direct Phone:** (202) 202-2690   **Fax:** (202) 628-5116   **Email:** tgies@crowell.com

**2nd Counsel:** Glenn D. Grant

**Direct Phone:** (202) 624-2852   **Fax:** (202) 628-5116   **Email:** ggrant@crowell.com

**3rd Counsel:** Jillian Wilson Ambrose

**Direct Phone:** (202) 624-2710   **Fax:** (202) 628-5116   **Email:** jambrose@crowell.com

**Firm Name:** Crowell & Moring LLP

**Firm Address:** 1001 Pennsylvania Ave., NW, Washington, DC 20004

**Firm Phone:** (202) 624-2500   **Fax:** (202) 628-5116   **Email:**

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** E.I. DU PONT DE NEMOURS AND COMP

v.    **Case No:** 16-1357

NATIONAL LABOR RELATIONS BOARD

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☉ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

E.I. DU PONT DE NEMOURS AND COMPANY

Names of Parties                                    Names of Parties

### Counsel Information

Lead Counsel: _____

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

2nd Counsel: Christine B. Hawes

Direct Phone: (202) 624-2968 Fax: (202) 628-5116 Email: chawes@crowell.com

3rd Counsel: Kris D. Meade

Direct Phone: (202) 624-2854 Fax: (202) 628-5116 Email: kmeade@crowell.com

Firm Name: Crowell & Moring LLP

Firm Address: 1001 Pennsylvania Ave., NW, Washington, DC 20004

Firm Phone: (202) 624-2500 Fax: (202) 628-5116 Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following:

David Habenstreit
*Counsel for National Labor Relations Board, Respondent*

Matthew J. Ginsburg
James B. Coppess
Katharine J. Shaw
*Counsel for United Steelworkers, Intervenor*

/s/ Christine B. Hawes

Christine Hawes

CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2595
(202) 624-2852 (telephone)
(202) 628-5116 (facsimile)

Counsel for Petitioner E.I. du Pont de Nemours and Company