No. 16-1357

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

E.I. DU PONT DE NEMOURS AND COMPANY,

PETITIONER,

v.

NATIONAL LABOR RELATIONS BOARD,

RESPONDENT.

ON APPEAL FROM AN ORDER OF THE
NATIONAL LABOR RELATIONS BOARD

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to District of Columbia Circuit Rule 27(h), Petitioner E.I. du Pont de Nemours and Company respectfully requests that the briefing schedule be extended for approximately ninety (90) days to accommodate mediation. Counsel for Respondent National Labor Relations Board (NLRB) and for Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International Union ("USW") have been contacted and have consented to the proposed extension of the briefing schedule as set forth in this Motion. We ask the Court to grant this Motion for the following reasons.

1. Under the Court's current briefing schedule, entered December 14, 2016, Petitioner's opening brief and Appendix are due on January 23, 2017, the Respondent's Brief is due February 22, 2017, Intervenor's Brief is due March 1, 2015, and Petitioner's Reply Brief is due March 15, 2017.

2. Petitioner, Respondent and Intervenor have recently been contacted by the Court's Mediation Office and have agreed to mediate this dispute. A mediator has not yet been assigned to this case.

3. Petitioner requests, with Respondent's and Intervenor's concurrence, that the briefing schedule be extended by approximately 90 days to accommodate their mediation efforts. Accordingly, Petitioner requests that the briefing schedule be modified and extended as follows:

| | |
|---|---|
| Petitioner's Brief | April 21, 2017 |
| Appendix | April 21, 2017 |
| Respondent's Brief | May 22, 2017 |
| Intervenor for Respondent's Brief | May 30, 2017 |
| Petitioner's Reply Brief | June 13, 2017 |

4. No party has previously requested an extension of the briefing schedule.

5. Granting this motion will not result in any prejudice to any of the parties, and no date for oral argument has yet been set.

For these reasons, Petitioner respectfully requests that the Court grant this Motion and extend the briefing schedule as set forth above.

December 29, 2016

                                                  Respectfully submitted,

                                                  /s/ Christine B. Hawes

                                                  Christine Hawes
                                                  Thomas P. Gies
                                                  Kris D. Meade
                                                  Glenn D. Grant

                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Avenue N.W.
                                                  Washington, D.C. 20004-2595
                                                  (202) 624-2852 (telephone)
                                                  (202) 628-5116 (facsimile)

                                                  Counsel for Petitioner E.I. du Pont de Nemours and Company

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following:

David Habenstreit
*Counsel for National Labor Relations Board, Respondent*

Matthew J. Ginsburg
James B. Coppess
Katharine J. Shaw
*Counsel for United Steelworkers, Intervenor*

/s/ Christine B. Hawes

Christine Hawes

CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2595
(202) 624-2852 (telephone)
(202) 628-5116 (facsimile)

Counsel for Petitioner E.I. du Pont de Nemours and Company