# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 16-1357                                    September Term, 2016

NLRB-09CA041634
NLRB-09CA040777
NLRB-04CA033620

**Filed On: June 23, 2017** [1681037]

E.I. du Pont de Nemours and Company,

        Petitioner

        v.

National Labor Relations Board,

        Respondent

-----------------------------

United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers International Union,
             Intervenor
-----------------------------

Consolidated with 16-1421

## O R D E R

      Upon consideration of petitioner's unopposed motion for extension of time to file its reply brief, it is

      **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondent's Brief | July 21, 2017 (unchanged) |
| Intervenor for Respondent's Brief | July 28, 2017 (unchanged) |
| Petitioners' Reply Brief | September 15, 2017 |

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

        BY:   /s/
               Michael C. McGrail
               Deputy Clerk